UNITED STATES DISTRICT COURT

for

### WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 AUG 25 PM 4: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U. S. A. vs. __Barbara Richmond__    Docket No. __2:02CR20151-06__

### Petition on Probation and Supervised Release

      **COMES NOW** __Daryl K. Butler__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Barbara Richmond__ who was placed on supervision by the Honorable __Julia Smith Gibbons__ sitting in the Court at __Memphis, TN__ on the __20th__ day of __September,__ 2002, who fixed the period of supervision at __three (3) years__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall pay restitution in the amount of $21,364.72. (Balance: $20,764.72)

2. The defendant shall provide access to any requested financial information as directed by the Probation Officer.

3. The defendant shall be prohibited from opening additional lines of credit without approval of the Probation Officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**The defendant failed to pay $21,364.72 restitution as ordered by the Court.**

Barbara Richmond is unable to satisfy the restitution as ordered by the Court. Although she has made infrequent monthly payments, it is believed she has paid to the best of her financial ability, given her necessary living expenses versus her income. As of August 19, 2005, she has made a total of $600.00, leaving an unpaid balance of $20,764.72. It should be noted that Ms. Richmond paid her $100.00 Special Assessment in full. Ms. Richmond has signed an agreement with the U.S. Attorney Financial Litigation Unit to continue payments in the amount of $20.00 per month, with the payment amount being reviewed periodically.

**PRAYING THAT THE COURT WILL ORDER** Barbara Richmond's Probation be allowed to expire as scheduled on September 19, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of the restitution.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 25th day of August, 20 05 and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge<br><br>This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-26-05 | _Daryl K. Butler_<br>Daryl K. Butler<br>United States Probation Officer<br><br>Place- Memphis, Tennessee<br><br>Date __August 22, 2005__ |

832

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 832 in case 2:02-CR-20151 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Marcus Martin
1420 Brown Street
Memphis, TN 38107

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
P.O. Box 776407
Steamboat Springs, CO 80477

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT